# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SHEET METAL LOCAL 36 WELFARE FUND, et al., ) ) ) Plaintiff(s), ) ) vs. ) ) HENRICKS SYSTEMS, LLC, ) GREAT AMERICAN INSURANCE ) COMPANY, ) ) Defendant(s). ) | Case No. 4:08CV01579 ERW |

## ORDER

Upon review of the Court file, the Court notes that there has been no activity from Third-Party Defendants Michael R. Henricks and Diane L. Henricks since service of said Third-Party Defendants on March 22, 2009.

**IT IS HEREBY ORDERED** that Third-Party Plaintiff Great American Insurance Company shall file, no later than **April 7, 2009**, appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration, as to said Defendants.

Dated this 24th Day of March, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE